```
              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

TIRALE O. REED                                          PETITIONER

VS.                              CIVIL ACTION NO. 3:19CV671TSL-RHW

WARDEN C. NASH                                          RESPONDENT

## ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on April 14, 2020, recommending that Reed's § 2241 petition be dismissed. Petitioner Tirale O. Reed has not filed an objection and the time for doing so has expired. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation subject to the following modifications:

To the extent that, by his petition, Reed is attempting "to abort a state proceeding or disrupt the orderly function of state judicial processes," he fails to state a claim upon which relief may be granted. <u>Brown v. Estelle</u>, 530 F.2d 1280, 1283 (5th Cir. 1976)(internal citations and quotation omitted). Further, to the extent that he seeks to enforce the state's obligation to bring him promptly to trial, as set forth in the report and recommendation, he neither demonstrated that he has exhausted, nor

has he shown that "special circumstances" exist. The petition will be dismissed with prejudice as to his failure to state a claim and without prejudice as to any failure to exhaust.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robert H. Walker entered on April 14, 2020, as modified, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that the respondent's motion to dismiss is granted and that the petition is dismissed with prejudice as to his failure to state a claim and without prejudice as to any failure to exhaust.

It is further ordered that a certificate of appealability should not issue. Petitioner has not made a substantial showing of the denial of a constitutional right.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 11th day of May, 2020.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE